260

(No. 74-CC-396—Claimant 

A*A*A* Saw & Tool Serv. & Supply Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed February 28, 1974.*

A*A*A* Saw & Tool Serv. & Supply Co., Claimant, pro se.

William J. Scott, Attorney General; Edward L. S. Arkema, Jr., Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-398—Claimant 

Max Hirschfelder, M.D., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed February 28, 1974.*

Max Hirschfelder, M.D., Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.